## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TURNER,<br><br>                         Plaintiff,<br><br>v.<br><br>3M COMPANY, a Delaware corporation, et al.,<br><br>                        Defendants. | Case No.: 3:22-cv-01711-RBM-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL**<br><br>**[Doc. 10]** |

    On February 6, 2023, the parties filed a Joint Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 10.)  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the action in its entirety.  Pursuant to the Joint Motion, each party shall bear its own costs and attorneys' fees.

    **IT IS SO ORDERED.**

DATE:  February 7, 2023

                                                      *[signature]*
                                        HON. RUTH BERMUDEZ MONTENEGRO
                                        UNITED STATES DISTRICT JUDGE